# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name  United States v. Joshua Wairi
District Court Case No.  14-cr-10143                    District of Massachusetts  ☒
Date Notice of Appeal filed  9/23/15 (District Court)   Court of Appeals Case No.  15-2166
Form filed on behalf of  Defendant/appellant

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal  _____
Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary)  _____

## TRANSCRIPT ORDER

Name of Court Reporter  Richard Romanow
Phone Number of Reporter  _____

A.  ✔  This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☒ Opening Statement (plaintiff) | April 29, 2015 |
| ☒ Opening Statement (defendant) | April 29, 2015 |
| ☒ Trial | April 29-May 5, 2015 |
| ☒ Closing Argument (plaintiff) | May 1, 2015 |
| ☒ Closing Argument (defendant) | May 1, 2015 |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☒ Sentencing | September 14, 2015 |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) _____ | |
| ☐ Testimony (specify) _____ | |
| ☒ Other (specify) Hearings/conferences | April 30, 2015; May 29, 2015 |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B.  ✔  I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

☐ Private funds.
☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
☒ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name  J. W. Carney, Jr.                      Filer's Signature  JW Carney
Firm/Address  20 Park Plaza, Suite 1405 Boston, MA 021   Filer's Email address  jcarney@CARNEYdefense.com
Telephone number  617-933-0350                      Date mailed to court reporter  _____

(Court Reporter Use ONLY) Date received  _____

Form CA1-10 (6/09/09)                               SEE INSTRUCTIONS ON REVERSE