# United States Court of Appeals
## For the First Circuit

### DOCKETING STATEMENT

No. 15-2166    **Short Title:** United States v. Wairi

**Type of Action**

- [ ] Civil
- [✓] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
   1. Date of entry of judgment or order appealed from 9/14/15
   2. Date this notice of appeal filed 9/23/15
      If cross appeal, date first notice of appeal filed_____
   3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b)_____
   4. Date of entry of order deciding above post-judgment motion_____
   5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b)_____
      Time extended to_____

B. Finality of Order or Judgment
   1. Is the order or judgment appealed from a final decision on the merits?  [✓] Yes   [ ] No
   2. If no,
      a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?  [ ] Yes   [ ] No
         If yes, explain_____
      b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?  [ ] Yes   [ ] No
         If yes, explain_____

C. Has this case previously been appealed?  [ ] Yes   [✓] No
   If yes, give the case name, docket number and disposition of each prior appeal _____

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?  [ ] Yes   [✓] No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below? ☑ Yes ☐ No
If yes, is a transcript necessary for this appeal? ☑ Yes ☐ No
If yes, is transcript already on file with district court? ☐ Yes ☑ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

   1. Adverse party United States Attorney's Office
      Attorney Assistant United States Attorney Seth B. Orkand
      Address 1 Courthouse Way, Suite 9200 Boston, MA 02210
      Telephone 617-748-3605

   2. Adverse party United States Attorney's Office
      Attorney Assistant United States Attorney Suzanne Sullivan Jacobus
      Address 1 Courthouse Way, Suite 9200 Boston, MA 02210
      Telephone 617-748-3146

   3. Adverse party
      Attorney
      Address
      Telephone

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

   1. Appellant's name Joshua Wairi
      Address Bureau of Prisons
      Telephone

      Attorney's name J. W. Carney, Jr.
      Firm Carney & Associates
      Address 20 Park Plaza, Suite 1405 Boston, MA 02116
      Telephone 617-933-0350

   2. Appellant's name
      Address
      Telephone

      Attorney's name
      Firm
      Address
      Telephone

Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☐ Yes ☑ No

    Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature _[signature]_
Date _10-28-2015_