# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 15-2166    **Short Title:** United States v. Joshua Wairi

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Joshua Wairi _____ as the

[✔] appellant(s)        [ ] appellee(s)        [ ] amicus curiae

[ ] petitioner(s)       [ ] respondent(s)      [ ] intervenor(s)

_JwCarney_____          10/28/2015_____
Signature                          Date

J. W. Carney, Jr._____
Name

Carney & Associates_____     617-933-0350_____
Firm Name (if applicable)              Telephone Number

20 Park Plaza, Suite 1405_____         617-338-5587_____
Address                                Fax Number

Boston, MA 02116_____         jcarney@CARNEYdefense.com_____
City, State, Zip Code                  Email (required)

Court of Appeals Bar Number: 40016_____

Has this case or any related case previously been on appeal?

[✔] No        [ ] Yes   Court of Appeals No._____

===============================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).