# United States Court of Appeals
## For the First Circuit

No. 15-2166

_____

UNITED STATES

Appellee

v.

JOSHUA WAIRI

Defendant - Appellant

_____

**MOTION FOR EXTENSION OF TIME**

Attorney J. W. Carney, Jr. moves for leave for additional time for appellant Joshua Wairi to file his Motion for Leave to Appeal in Forma Pauperis or to remit the fee for the appeal. As grounds therefore, the appellant states the following:

Attorney Carney was retained as counsel for the defendant, now appellant, in the District Court. Attorney Carney met with Mr. Wairi before and after the verdict and the sentencing proceedings, and Mr. Wairi has expressed that he would like to appeal but does not have funds for private counsel. As a result, he would like a CJA attorney appointed to represent him for his appellate proceedings.

Mr. Wairi is in the custody of the United States government. Attorney Carney understands from Mr. Wairi's family that he has been transferred between four facilities within the

past two weeks, and that he is now in a Bureau of Prisons holding area. Attorney Carney has not communicated with Mr. Wairi since he was moved from Plymouth County Correctional Facility, and it is extremely unlikely that Mr. Wairi has received the Form for Selection of Counsel and Affidavit to Accompany Motion for Leave to Appeal in Forma Pauperis sent to him by mail. Attorney Carney requests additional time for the defendant-appellant to be able to sign these forms that CJA counsel may be appointed for him, and so that the fee for his appeal may be waived.

>
> JOSHUA WAIRI
> By his attorney,
>
> CARNEY & ASSOCIATES
>
> /s/ *J. W. Carney, Jr.*
> J. W. Carney, Jr.
> B.B.O. # 074760
>
> 20 Park Plaza, Suite 1405
> Boston, MA 02116
> 617-933-0350
> jcarney@CARNEYdefense.com

October 28, 2015

# United States Court of Appeals
## For the First Circuit

No. 15-2166

_____

UNITED STATES

Appellee

v.

JOSHUA WAIRI

Defendant - Appellant

_____

**AFFIDAVIT SUPPORTING**
**MOTION FOR EXTENSION OF TIME**

I, J. W. Carney, Jr., state that the facts contained in the attached motion are true to the best of my information and belief.

Signed under the penalties of perjury.

*J. W. Carney, Jr.*

J. W. Carney, Jr.

October 28, 2015

<u>Certificate of Service</u>

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

*J. W. Carney, Jr.*

J. W. Carney, Jr.