# United States Court of Appeals
# For the First Circuit

No. 15-2166

_____

UNITED STATES

Appellee

v.

JOSHUA WAIRI

Defendant - Appellant
_____

### DEFENDANT'S MOTION FOR EXTENSION OF TIME

### Defendant's Motion for a Brief Extension of Time to File Motion for Leave *In Forma Pauperis*

Attorney J. W. Carney, Jr. moves for a ten-day extension of time for appellant Joshua Wairi to file his Motion for Leave to Appeal *In Forma Pauperis* or to remit the fee for the appeal. As grounds therefore, the appellant states the following:

Attorney Carney was retained as counsel for the defendant in the District Court. Mr. Wairi has appealed his case, but does not have funds for private counsel.

Mr. Wairi is in the custody of the United States government, and securing his signature on the Form for Selection of Counsel and Affidavit Accompanying Motion for Permission to Appeal *In Forma Pauperis* has proved challenging. The case opening forms in this appeal were timely filed on October 28,

2015, and the appellant filed a Motion for Extension of Time for the filing fee on that date. The due date for the filing fee was extended by this Court until November 12, 2015. Attorney Carney's office has now received these forms from Mr. Wairi, and the Motion to Proceed *In Forma Pauperis* is pending before the District Court.

WHEREFORE, Attorney Carney requests an additional ten-day extension of time to November 23, 2015, so that the District Court may rule on the Defendant's Motion to Proceed *In Forma Pauperis* and the filing fee in this case may be waived.

>JOSHUA WAIRI
>By his attorney,
>
>CARNEY & ASSOCIATES
>
>/s/ *J. W. Carney, Jr.*
>J. W. Carney, Jr.
>B.B.O. # 074760
>
>20 Park Plaza, Suite 1405
>Boston, MA 02116
>617-933-0350
>jcarney@CARNEYdefense.com

November 10, 2015

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on or before the above date.

>*J. W. Carney, Jr.*
>
>J. W. Carney, Jr.

2

# United States Court of Appeals
# For the First Circuit

No. 15-2166

_____

UNITED STATES

Appellee

v.

JOSHUA WAIRI

Defendant - Appellant

_____

**AFFIDAVIT SUPPORTING**
**DEFENDANT'S MOTION FOR EXTENSION OF TIME**

I, J. W. Carney, Jr., state that the facts contained in the attached motion are true to the best of my information and belief.

Signed under the penalties of perjury.

*J. W. Carney, Jr.*

J. W. Carney, Jr.

November 10, 2015