# United States Court of Appeals
## For the First Circuit

No. 15-2166

UNITED STATES

Appellee

v.

JOSH A. WAIRI

Defendant - Appellant

**ORDER OF COURT**

Entered: November 12, 2015
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellant Josh A. Wairi to pay the filing fee or apply for IFP status be enlarged to and including **November 23, 2015**.

By the Court:

/s/ Margaret Carter, Clerk

cc:
J. W. Carney Jr.
Dina Michael Chaitowitz
Christopher Richard Donato
Seth B. Orkand
Suzanne Maureen Sullivan Jacobus
Benjamin P. Urbelis
Samir Zaganjori