OFFICE OF THE CLERK
# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

MARGARET CARTER
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

November 25, 2015

Josh A. Wairi
FCI Fort Dix
PO Box 2000
Joint Base MDL, NJ 08640-0000

Re:  US v. Wairi
No.: 15-2166

Dear Mr. Wairi:

    Your motion to proceed in forma pauperis has been granted. Accordingly, we ask that you fill out the enclosed form indicating your preference for representation on appeal. Please return the completed, signed form to the clerk's office immediately so that prosecution of your appeal will not be delayed.


cc:
J. W. Carney Jr.

# United States Court of Appeals
## For the First Circuit

**FORM FOR SELECTION OF COUNSEL ON APPEAL**

No. 15-2166; <u>US v. Wairi</u>

I wish to be represented in the following manner on appeal:

\_\_\_\_    I wish to represent myself and proceed as pro se.
\_\_\_\_    I request that the court appoint new counsel to represent me.
\_\_\_\_    I have retained Attorney _____ to represent me.

Date:_____    _____
(Print Name)

_____
(Reg. No.)

_____
(Address)

_____
(City, State, Zip)

_____
(Signature)

Return to:
UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

Pursuant to Fed. R. App. P. 25, defendant must also serve a copy of this form on defendant's current counsel and the government's counsel.

**FAILURE TO TIMELY RETURN THIS FORM TO THE CLERK'S OFFICE MAY DELAY PROSECUTION OF YOUR APPEAL**