# United States Court of Appeals
## For the First Circuit

No. 15-2166

UNITED STATES,

Appellee,

v.

JOSH A. WAIRI,

Defendant - Appellant.

**ORDER OF COURT**

Entered: November 25, 2015
Pursuant to 1st Cir. R. 27.0(d)

This is a direct criminal appeal where defendant-appellant Josh A. Wairi was represented in district court by retained counsel, J.W. Carney, Jr. We note that on November 19, 2015, the district court granted defendant-appellant's request to proceed in forma pauperis on appeal. A form for selection of counsel on appeal is being sent directly to the defendant with a copy of this order. Defendant-appellant is instructed to return the signed selection of counsel form on or before **December 9, 2015**.

We also note that retained counsel has filed a transcript report order form seeking transcripts at government expense in this court. The request is denied without prejudice to reconsideration upon receipt of a completed, signed selection of counsel form completed by defendant-appellant.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Josh A. Wairi, J. W. Carney Jr., Samir Zaganjori, Benjamin P. Urbelis, Dina Michael Chaitowitz, Suzanne Maureen Sullivan Jacobus, Christopher Richard Donato, Seth B. Orkand