# United States Court of Appeals
## For the First Circuit

_____

**FORM FOR SELECTION OF COUNSEL ON APPEAL**

No. 15-2166; <u>US v. Wairi</u>

I wish to be represented in the following manner on appeal:

\_\_\_\_　I wish to represent myself and proceed as pro se.
\_\_\_\_　I request that the court appoint new counsel to represent me.
\_\_\_\_　I have retained Attorney _____ to represent me.


Date:_____　　_____
　　　　　　　　　　　　　　　　　　　　(Print Name)

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　(Reg. No.)

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　(Address)

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　(City, State, Zip)

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　(Signature)


Return to:
UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

Pursuant to Fed. R. App. P. 25, defendant must also serve a copy of this form on defendant's current counsel and the government's counsel.

**FAILURE TO TIMELY RETURN THIS FORM TO THE CLERK'S OFFICE MAY DELAY PROSECUTION OF YOUR APPEAL**