# United States Court of Appeals
## For the First Circuit

No. 15-2166

UNITED STATES,

Appellee,

v.

JOSH A. WAIRI,

Defendant - Appellant.

**ORDER OF COURT**

Entered: December 7, 2015
Pursuant to 1st Cir. R. 27.0(d)

Appellant's request for appointment of new counsel on appeal is granted. Attorney Raymond E. Gillespie is appointed as counsel under the guidelines of the Criminal Justice Act, 18 U.S.C. § 3006A.

Attorney J. W. Carney, Jr. is allowed to withdraw as counsel and is directed to forward the case record to Attorney Gillespie at **875 Massachusetts Avenue, Suite 32, Cambridge MA 02139-3067 (*617-661-3222*)**, and provide proof of such service to this court by **December 21, 2015**.

On or before **December 28, 2015**, Attorney Gillespie must file a transcript order form, accompanied by CJA 24 voucher.

By the Court:

/s/ Margaret Carter, Clerk.

cc:
Raymond E. Gillespie, J. W. Carney Jr., Josh A. Wairi, Dina Michael Chaitowitz, Suzanne Maureen Sullivan Jacobus, Christopher Richard Donato, Seth B. Orkand