UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                                           )<br>         Appellee,                          )<br>V.                                                    )        No.  15-2166<br>                                                           )<br>JOSH A. WAIRI,                          )<br>                                                           )<br>         Appellant/Defendant    )<br>                                                           ) | |

DEFENDANT'S MOTION TO EXTEND
TIME TO FILE TRANSCRIPT ORDER AND CJA 24 FORMS

The defendant hereby moves this Honorable Court for an order extending the time within which he is to file a transcript order and accompanying CJA 24 forms from December 28, 2015 to December 31, 2015.

As reason therefore, defendant states that he is out of town during the holidays and attempted to file the completed forms today, December 28, from his current location, but due to technical difficulties with the available equipment was not able to do so.  He will return to his office in Cambridge on the 31st and will be able to transmit them at that time.

WHEREFORE, counsel respectfully requests this motion be allowed.

Respectfully submitted,

JOSH A. WAIRI,

By his attorney,


/s/Raymond E. Gillespie
Raymond E. Gillespie, Esquire

>Circuit No. 12040
>875 Massachusetts Avenue Suite 32
>Cambridge, MA  02139
>(617) 661-3222
>rgillespie1@prodigy.net

Certificate  of Service

      I hereby certify that a copy of this document will be electronically served on all parties registered to receive notice through the Electronic Case Management system in this matter as of December 28, 2015 and in particular on Dina Michael Chaitowitz, Esquire, Assistant United States Attorney, Chief, Appellate Division, John Joseph Moakley U.S. Courthouse, One Courthouse Way, Room 9200, Boston, MA 02210 on the date indicated below:

Dated:  December 28, 2015

>/s/Raymond E. Gillespie
>Raymond E. Gillespie

extend122815