# United States Court of Appeals
## For the First Circuit

No. 15-2166

UNITED STATES,

Appellee,

v.

JOSH A. WAIRI,

Defendant - Appellant.

### ORDER OF COURT

Entered: December 29, 2015
Pursuant to 1st Cir. R. 27.0(d)

      Upon consideration of motion, it is ordered that the time for Appellant Josh A. Wairi to file a transcript report/order form be enlarged to and including **December 31, 2015**.


By the Court:

/s/ Margaret Carter, Clerk

cc:
Dina Michael Chaitowitz
Christopher Richard Donato
Raymond Elwood Gillespie
Seth B. Orkand
Suzanne Maureen Sullivan Jacobus