# United States Court of Appeals
## For the First Circuit

District of Please Select **MA**

Appeal No. **15-2166**   Short Title **U.S. vs. Wairi**

D.C. No. **14cR 10143-WGY**

## REQUEST FOR EXTENSION OF TIME TO FILE TRANSCRIPT

I, **Richard H. Romanow**, request an extension of time to file the transcript of the **(see order sheet) trial-plus (Approx. 600 pages)**
(Insert Date and Type of Proceeding)

in the above referenced case until **5-5-16**. The extension is necessary because **See Attachment**

**\*(Note) I will complete both Appeals, Lopez 14-1142 and Wairi, 15-2166, 1400 estimated pages by 5-5-16.**

I have completed **200** out of **600** pages of the transcript.

Please note: An extension of time does not waive any required fee reduction sanction. To obtain a waiver, a separate request setting forth appropriate circumstances must be made.

### CERTIFICATE OF SERVICE

I hereby certify that on **4-5-16** I served a true and accurate copy of the within pleading by Please Select **COA**.

Signature: **R. Romanow**

# United States Court of Appeals
## For the First Circuit

District of Please Select **MA**

Appeal No. **15-2166** Short Title **U.S. vs. Wairi**

D.C. No. **14 cR 10143 - WGY**

### REQUEST FOR WAIVER OF MANDATORY FEE REDUCTION

I, **Richard H. Romanow**, request a waiver of the fee reduction sanction for **(see order sheet) trial-plus (Approx. 600 pgs)**
(Insert Date and Type of Proceeding)

based upon **See extension of time request**

(Attach additional paper if necessary)

Please note: The circuit clerk may waive the fee reduction in true hardship cases, but shall grant such waivers sparingly. Appropriate circumstances include, for example, illness or incapacity of the court reporter, planned vacation, and lengthy or complex litigation. Transcript backlog is not grounds for a waiver.

### CERTIFICATE OF SERVICE

I hereby certify that on **4-5-16** I served a true and accurate copy of the within pleading by Please Select **COA**.

Signature: **R. Romanow**

Richard H. Romanow
Appeals Assigned in last
two Months (Feb + March) 2016

* ① 14-1142 Lopez (800 pgs remaining) *
② 15-2507 tuitt ✓ completed
③ 15-2519 Jackson ✓ completed
④ 15-2153 Lucien ✓ completed
⑤ 15-2166 Wairi (200 pgs completed - *400 remaining)
⑥ 16-1078 chach ✓ completed
⑦ 16-1082 Lisandro ✓ completed

I have completed approx. 1500 NON-Appeal transcript pages in this period. (additionally)
I have been on trial approx. 3 to 4 weeks during this period.
Doran case (1 to 2 wks)
Herman case (to 2 weeks - presently)

Case: 15-2166   Document: 00116954994   Page: 1   Date Filed: 01/28/2016   Entry ID: 5974948

# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name __US v. Wairi__

District Court Case No. __1:14-cr-10143-WGY-1__   District of Massachusetts

Date Notice of Appeal filed __10/6/2015__   Court of Appeals Case No. __15-2166__

Form filed on behalf of __Josh A. Wairi__

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

## TRANSCRIPT ORDER

Name of Court Reporter __Richard Romanow__
Phone Number of Reporter __(617) 748-9167 (supervisor)__

A. ✓ This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| PROCEEDING(S) | | HEARING DATE(S) |
|---|---|---|
| ☒ | Jury Voir Dire | 4/27/15 |
| ☐ | Opening Statement (plaintiff) | |
| ☐ | Opening Statement (defendant) | |
| ☒ | Trial | 4/29/15, 4/30/15, 5/1/15, 5/5/15 |
| ☐ | Closing Argument (plaintiff) | |
| ☐ | Closing Argument (defendant) | |
| ☐ | Findings of Fact/Conclusions of Law | |
| ☐ | Jury Instructions | |
| ☐ | Change of Plea | |
| ☒ | Sentencing | enhancements hearing 5/29/15, sentencing 9/14/15 |
| ☐ | Bail hearing | |
| ☐ | Pretrial proceedings (specify) _____ | |
| ☐ | Testimony (specify) _____ | |
| ☒ | Other (specify) pretrial conferences | 3/23/15, 4/10/15 |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. ✓ I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

☐ Private funds.
☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
☒ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name __Raymond E. Gillespie__   Filer's Signature __s/ Raymond E. Gillespie__

Firm/Address __875 Massachusetts Ave. Suite 32, Cambridge, MA__   Filer's Email address __rgillespie1@prodigy.net__

Telephone number _____   Date mailed to court reporter __12/31/15__

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (6/09/09)   SEE INSTRUCTIONS ON REVERSE