UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

2016 APR 19 A 11:58

FILED IN CLERKS OFFICE
DISTRICT OF APPEALS
FOR THE FIRST CIRCUIT

## CERTIFICATION OF FILING TRANSCRIPT

Case Name: United States of America vs. Josh A. Wairi

District Court Case No: 14cr10143-wgy

Court of Appeals Case No: 15-2166

Court Reporter: Richard H. Romanow

| | PROCEEDING | HEARING DATE(S) |
|---|---|---|
| ☑ | Jury Voir dire | 4-27-15 |
| ☐ | Opening Statement (plaintiff) | |
| ☐ | Opening Statement (defendant) | |
| ☑ | Trial | 4-29-15, 4-30-15, 5-1-15, 5-5-15 |
| ☐ | Closing Argument (plaintiff) | |
| ☐ | Closing Argument (defendant) | |
| ☐ | Findings of Fact/Conclusions of Law | |
| ☐ | Jury Instructions | |
| ☐ | Change of Plea | |
| ☑ | Sentencing | 9-14-15, enhancements hearing 5-29-15 |
| ☐ | Bail hearing | |
| ☐ | Pretrial proceedings (specify) | |
| ☐ | Testimony (specify) | |
| ☑ | Other (specify) pretrial conferences | 3-23-15, 4-10-15 |

I hereby certify that the transcript of the proceeding(s) identified above was filed in the U.S. District Court on ___4/19/16___, and a copy was forwarded to counsel on ___4/19/16___.

☑ Please check here if this transcript completes the transcript order.
☐ If appropriate, check here to certify that a fee reduction sanction of _____ percent of the prescribed fee was taken.

4-19-16
Date

R. Romanow
Signature

Please submit this form upon the completion and filing of the transcript to the following address:

U.S. Court of Appeals for the First Circuit
Clerk's Office
John Joseph Moakley Courthouse
One Courthouse Way, Suite 2500
Boston, MA 02210
FAX (617) 748-9056

6/9/08

## UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name __US v. Wairi__

District Court Case No. __1:14-cr-10143-WGY-1__   District of Massachusetts

Date Notice of Appeal filed __10/6/2015__   Court of Appeals Case No. __15-2166__

Form filed on behalf of __Josh A. Wairi__

### TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal ____

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) ____

### TRANSCRIPT ORDER

Name of Court Reporter __Richard Romanow__

Phone Number of Reporter __(617) 748-9167 (supervisor)__

A. ✓ This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☒ Jury Voir Dire | 4/27/15 |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☒ Trial | 4/29/15, 4/30/15, 5/1/15, 5/5/15 |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☒ Sentencing | enhancements hearing 5/29/15, sentencing 9/14/15 |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) ____ | |
| ☐ Testimony (specify) ____ | |
| ☒ Other (specify) pretrial conferences | 3/23/15, 4/10/15 |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. ✓ I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

☐ Private funds.
☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
☒ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name __Raymond E. Gillespie__   Filer's Signature __s/ Raymond E. Gillespie__

Firm/Address __875 Massachusetts Ave. Suite 32, Cambridge, MA__   Filer's Email address __rgillespie1@prodigy.net__

Telephone number ____   Date mailed to court reporter __12/31/15__

(Court Reporter Use ONLY) Date received ____

Form CA1-10 (6/09/09)   SEE INSTRUCTIONS ON REVERSE