UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Appellee, ) | |
| V. ) | No. 15-2166 |
| ) | |
| JOSH A. WAIRI, ) | |
| ) | |
| Appellant/Defendant ) | |
| ) | |

DEFENDANT'S FIRST MOTION TO EXTEND
TIME TO FILE OPENING BRIEF AND APPENDIX

The defendant, through his undersigned counsel, hereby moves this Honorable Court for an order extending the time within which he is to file his opening brief and appendix herein from May 31, 2016 to June 30, 2016.

As reason therefore, counsel states that discovery review and motion filing obligations and deadlines in four voluminous, multi-defendant cases in the district court necessitate this request for an extension of time which is the first, and likely to be the last, such request in this matter.

WHEREFORE, counsel respectfully requests this motion be allowed.

Respectfully submitted,

JOSH A. WAIRI,

By his attorney,

/s/Raymond E. Gillespie
Raymond E. Gillespie, Esquire

>Circuit No. 12040
>875 Massachusetts Avenue Suite 32
>Cambridge, MA  02139
>(617) 661-3222
>rgillespie1@prodigy.net

<u>Certificate  of Service</u>

      I hereby certify that a copy of this document will be electronically served on all parties registered to receive notice through the Electronic Case Management system in this matter as of May 31, 2016 and in particular on Dina Michael Chaitowitz, Esquire, Assistant United States Attorney, Chief, Appellate Division, John Joseph Moakley U.S. Courthouse, One Courthouse Way, Room 9200, Boston, MA 02210 on the date indicated below:

Dated:  May 31, 2016

>/s/Raymond E. Gillespie
>Raymond E. Gillespie

extend053116