UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Appellee, | ) | |
| V. | ) | No. 15-2166 |
| JOSH A. WAIRI, | ) | |
| Appellant/Defendant | ) | |

DEFENDANT'S SECOND MOTION TO EXTEND
TIME TO FILE OPENING BRIEF AND APPENDIX

The defendant, through his undersigned counsel, hereby moves this Honorable Court for an order extending the time within which he is to file his opening brief and appendix herein from June 30, 2016 to July 21, 2016.

As reason therefore, counsel states that on further review of the record he has decided that it is important to obtain transcripts for two sidebar conferences during pretrial proceedings which were ordered sealed. They are from the final pretrial conferences held on March 23 and April 10, 2015. D-158 and D-159. Although, it was initially thought unnecessary to order them, counsel has changed his mind in view of further review of the record and development of possible issues on appeal. A motion was filed with the district court today for limited release of the excerpts for the sole purpose of this pending appeal. D-168, copy attached.

WHEREFORE, counsel respectfully requests this motion be allowed.

Respectfully submitted,

JOSH A. WAIRI,

       By his attorney,

       /s/Raymond E. Gillespie
       Raymond E. Gillespie, Esquire
       Circuit No. 12040
       875 Massachusetts Avenue Suite 32
       Cambridge, MA  02139
       (617) 661-3222
       rgillespie1@prodigy.net

## Certificate of Service

     I hereby certify that a copy of this document will be electronically served on all parties registered to receive notice through the Electronic Case Management system in this matter as of June 30, 2016 and in particular on Dina Michael Chaitowitz, Esquire, Assistant United States Attorney, Chief, Appellate Division, John Joseph Moakley U.S. Courthouse, One Courthouse Way, Room 9200, Boston, MA 02210 on the date indicated below:

Dated:  June 30, 2016

       /s/Raymond E. Gillespie
       Raymond E. Gillespie

extend063016