UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| V. ) | No.  14-cr-10143-WGY |
| ) | |
| JOSH A. WAIRI, ) | |
| ) | |
| Defendant ) | |

DEFENDANT'S MOTION FOR LIMITED RELEASE
OF SEALED TRANSCRIPT EXCERPTS FOR APPEAL

The defendant, through his undersigned appellate counsel, hereby moves this Honorable Court for an order allowing the release of certain sealed portions of the district court proceedings for the limited purpose of prosecuting his appeal now pending in the United States Court of Appeals for the First Circuit, No. 15-2166.  The excerpts sought are for sidebar conferences held on March 23  and April 10, 2015, at the final pretrial conference.  D-158 and D-159.

As reason therefore, counsel states that he needs access to the excerpts in order to determine whether they are in any way relevant to the appeal.

WHEREFORE, counsel respectfully requests this motion be allowed.


Respectfully submitted,

JOSH A. WAIRI,
By his attorney,


/s/Raymond E. Gillespie
Raymond E. Gillespie, Esquire
Circuit No. 12040
875 Massachusetts Avenue Suite 32
Cambridge, MA  02139
(617) 661-3222
rgillespie1@prodigy.net

Certificate of Service

       I hereby certify that a copy of this document will be electronically served on all parties registered to receive notice through the Electronic Case Management system in this matter as of June 30, 2016 and in particular on Dina Michael Chaitowitz, Esquire, Assistant United States Attorney, Chief, Appellate Division, John Joseph Moakley U.S. Courthouse, One Courthouse Way, Room 9200, Boston, MA 02210 on the date indicated below:

Dated: June 30, 2016                                        /s/Raymond E. Gillespie
                                                                                Raymond E. Gillespie

rel excerpt063016