# United States Court of Appeals
## For the First Circuit

No. 15-2166

UNITED STATES

Appellee

v.

JOSH A. WAIRI

Defendant - Appellant

**ORDER OF COURT**

Entered: June 30, 2016
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellant Josh A. Wairi to file a brief and appendix be enlarged to and including **July 21, 2016**.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Dina Michael Chaitowitz
Christopher Richard Donato
Raymond Elwood Gillespie
Seth B. Orkand
Suzanne Maureen Sullivan Jacobus