UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>       Appellee, )<br>V. )<br>)<br>JOSH A. WAIRI, )<br>)<br>       Appellant/Defendant )<br>) | No. 15-2166 |

DEFENDANT'S THIRD MOTION TO EXTEND
TIME TO FILE OPENING BRIEF AND APPENDIX

      The defendant, through his undersigned counsel, hereby moves this Honorable Court for an order extending the time within which he is to file his opening brief and appendix herein from July 21, 2016 to July 25, 2016.

      As reason therefore, counsel states he has been unable to complete the brief by today due to the pressing demands of his other case load including, but not limited to, the preparation and filing of a complicated motion to suppress and memorandum in the case of United States v. Delacruz, No. 15-cr-10149-5-RWZ (D. Mass.) which has occupied him full time for the last four days, as well as the review of voluminous electronic and paper discovery to meet an imminent deadline in United States v. Flete-Garcia, 15-cr-10381-1-LTS (D. Mass.) which took the better part of four days prior to that.

      WHEREFORE, counsel respectfully requests this motion be allowed.

Respectfully submitted,

JOSH A. WAIRI,

By his attorney,

/s/Raymond E. Gillespie
Raymond E. Gillespie, Esquire
Circuit No. 12040
875 Massachusetts Avenue Suite 32
Cambridge, MA  02139
(617) 661-3222
rgillespie1@prodigy.net

Certificate  of Service

I hereby certify that a copy of this document will be electronically served on all parties registered to receive notice through the Electronic Case Management system in this matter as of July 25, 2016 and in particular on Dina Michael Chaitowitz, Esquire, Assistant United States Attorney, Chief, Appellate Division, John Joseph Moakley U.S. Courthouse, One Courthouse Way, Room 9200, Boston, MA 02210 on the date indicated below:

Dated:  July 21, 2016

/s/Raymond E. Gillespie
Raymond E. Gillespie

extend072116