UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
|       Appellee, ) | |
| V. ) | No.  15-2166 |
| ) | |
| JOSH A. WAIRI, ) | |
| ) | |
|       Appellant/Defendant ) | |
| ) | |

DEFENDANT'S MOTION TO EXTEND
TIME TO FILE OPENING BRIEF AND APPENDIX

      The defendant, through his undersigned counsel, hereby moves this Honorable Court for an order extending the time within which he is to file his opening brief herein from July 25, 2016 to July 26, 2016 and the due date for the appendix from July 25 to July 27, 2016.

      As reason therefore, counsel states priorities involving his other caseload necessitate this request for an extension as to the brief and that the appendix cannot be copied until the 27th.

      WHEREFORE, counsel respectfully requests this motion be allowed.

Respectfully submitted,

JOSH A. WAIRI,

By his attorney,

/s/Raymond E. Gillespie
Raymond E. Gillespie, Esquire
Circuit No. 12040
875 Massachusetts Avenue Suite 32
Cambridge, MA  02139
(617) 661-3222
rgillespie1@prodigy.net

<u>Certificate of Service</u>

      I hereby certify that a copy of this document will be electronically served on all parties registered to receive notice through the Electronic Case Management system in this matter as of July 25, 2016 and in particular on Dina Michael Chaitowitz, Esquire, Assistant United States Attorney, Chief, Appellate Division, John Joseph Moakley U.S. Courthouse, One Courthouse Way, Room 9200, Boston, MA 02210 on the date indicated below:

Dated: July 25, 2016

                                                    <u>/s/Raymond E. Gillespie</u>
                                                    Raymond E. Gillespie

extend072516