UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Appellee, ) | |
| V. ) | No. 15-2166 |
| ) | |
| JOSH A. WAIRI, ) | |
| ) | |
| Appellant/Defendant ) | |
| ) | |

DEFENDANT'S ASSENTED-TO MOTION TO FILE BRIEF *INSTANTER*

The defendant, through his undersigned counsel, hereby moves this Honorable Court for leave to file his opening brief, attached hereto, *instanter*.

As reason therefore, counsel states that it was due on August 3, the two day delay was caused by further demands of his civil caseload, the government assents to this motion and that it is in the interests of justice that it be granted.

WHEREFORE, counsel respectfully requests this motion be allowed.


Respectfully submitted,

JOSH A. WAIRI,

By his attorney,


/s/Raymond E. Gillespie
Raymond E. Gillespie, Esquire
Circuit No. 12040
875 Massachusetts Avenue Suite 32
Cambridge, MA  02139
(617) 661-3222
rgillespie1@prodigy.net

<u>Certificate of Service</u>

      I hereby certify that a copy of this document will be electronically served on all parties registered to receive notice through the Electronic Case Management system in this matter as of August 5, 2016 and in particular on Dina Michael Chaitowitz, Esquire, and Suzanne Sullivan Jacobus, Esquire, Assistant United States Attorneys, John Joseph Moakley U.S. Courthouse, One Courthouse Way, Room 9200, Boston, MA 02210 on the date indicated below:

Dated:  August 5, 2016

                                                             /s/Raymond E. Gillespie  
                                                             Raymond E. Gillespie

extend080516