# United States Court of Appeals
## For the First Circuit

No. 15-2166

UNITED STATES,

Appellee,

v.

JOSH A. WAIRI,

Defendant - Appellant.

**ORDER OF COURT**

Entered: August 9, 2016
Pursuant to 1st Cir. R. 27.0(d)

Appellant's motion for leave to file his brief instanter is allowed. Appellant's brief is accepted for filing as of this date.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Raymond Elwood Gillespie
Dina Michael Chaitowitz
Suzanne Maureen Sullivan Jacobus
Christopher Richard Donato
Seth B. Orkand