UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Appellee, )<br>V. )<br>)<br>JOSH A. WAIRI, )<br>)<br>Appellant/Defendant )<br>) | 2016 AUG 12 P 12: 44<br><br>FILED IN CLERKS OFFICE<br>US COURT OF APPEALS<br>FOR THE FIRST CIRCUIT<br><br>No. 15-2166 |

APPELLANT'S MOTION **TO SEAL**
LETTERS OF SUPPORT CONTAINED IN SUPPLEMENTAL APPENDIX

The appellant, through his undersigned counsel, hereby moves this Honorable Court, pursuant to Local Rule 11.0(c)(2), for an order allowing the "Letters of Support" found at pages 55-72 of his previously-filed Supplemental Appendix to be included in the sealing of that document.

As reason therefore, appellant states that the letters were not sealed in the district court but suggests that it would not be inappropriate to seal them here given their very personal content. He adds that they were Exhibit 1 to his sentencing memorandum below and now precede Exhibit 2 to that memorandum, the psychological/sexual evaluation, located at page 73, and thus facilitate an efficient review of the record in this appeal. Appellant further notes that the same redacted documents are contained in his Appendix at pages 50 et seq.

WHEREFORE, appellant respectfully requests that this motion be allowed.

Respectfully submitted,

JOSH A. WAIRI,

By his attorney,

/s/Raymond E. Gillespie
Raymond E. Gillespie, Esquire
Circuit No. 12040
875 Massachusetts Avenue Suite 32
Cambridge, MA 02139
(617) 661-3222
rgillespie1@prodigy.net

Certificate of Service

I hereby certify that this motion was served on all parties in this case by mailing a copy to Dina Michael Chaitowitz, Esquire, Assistant United States Attorney, Chief, Appellate Division, John Joseph Moakley U.S. Courthouse, One Courthouse Way, Room 9200, Boston, MA 02210 on the date indicated below:

Dated: August 9, 2016

/s/Raymond E. Gillespie
Raymond E. Gillespie

# RAYMOND E. GILLESPIE
### Attorney and Counsellor at Law

875 Massachusetts Avenue
Suite 32
Cambridge, Massachusetts 02139
(617) 661-3222 Tel.
(978) 274-2698 Fax
rgillespie1@prodigy.net

2016 AUG 12 P 12: 43

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

August 9, 2016

Margaret Carter, Clerk
United States Court of Appeals
  for the First Circuit
2-500 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

Re:   United States v. Wairi
      No. 15-2166

Dear Madam Clerk:

Enclosed for filing in the referenced matter, please find appellant, Josh A. Wairi's **Motion to Seal Letters of Support in Supplemental Appendix** and certificate of service.

Thank you for your kind assistance. Please advise.

Very truly yours,

Raymond E. Gillespie

REG/rb
encl
cc: Dina Michael Chaitowitz, Esq. w/encl

8-9ctcov

RAYMOND E. GILLESPIE
ATTORNEY & COUNSELLOR AT LAW
875 MASSACHUSETTS AVENUE
CAMBRIDGE, MA 02139



10 AUG 2016 PM 1 L

USMS SCREENED

Margaret Carter, Clerk
United States Court of Appeals
  for the First Circuit
2-500 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

0221033024