# United States Court of Appeals
## For the First Circuit

No. 15-2166

UNITED STATES,

Appellee,

v.

JOSH A. WAIRI,

Defendant, Appellant.

**ORDER OF COURT**

Entered: August 25, 2016

      Defendant's sealed appendix is provisionally accepted, subject to reconsideration by the panel deciding the merits of the appeal.

      By the Court:

      /s/ Margaret Carter, Clerk

cc:
Raymond Elwood Gillespie
Dina Michael Chaitowitz Suzanne
Maureen Sullivan Jacobus Randall
Ernest Kromm Christopher
Richard Donato
Seth B. Orkand