UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Appellee, ) | |
| V. ) | No. 15-2166 |
| ) | |
| JOSH A. WAIRI, ) | |
| ) | |
| Appellant/Defendant ) | |
| ) | |

DEFENDANT'S MOTION TO EXTEND TIME TO FILE
RESPONSE TO GOVERNMENT'S MOTION FOR SUMMARY DISPOSITION

The defendant, through his undersigned counsel, hereby moves this Honorable Court for an order extending the time within which he is to file a response to the government's motion for summary disposition herein from October 20 to October 21, 2016.

As reason therefore, counsel states that demands of his other caseload necessitate this request for a brief extension of time in which to file his response.

WHEREFORE, counsel respectfully requests this motion be allowed.

Respectfully submitted,

JOSH A. WAIRI,

By his attorney,

/s/Raymond E. Gillespie
Raymond E. Gillespie, Esquire
Circuit No. 12040
875 Massachusetts Avenue Suite 32
Cambridge, MA  02139
(617) 661-3222
rgillespie1@prodigy.net

## Certificate of Service

      I hereby certify that a copy of this document will be electronically served on all parties registered to receive notice through the Electronic Case Management system in this matter as of October 20, 2016 and in particular on Randall E. Kromm, Esquire, Assistant United States Attorney, John Joseph Moakley U.S. Courthouse, One Courthouse Way, Room 9200, Boston, MA 02210 on the date indicated below:

Dated:  October 20, 2016

                                            /s/Raymond E. Gillespie  
                                            Raymond E. Gillespie

extend102016