UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Appellee, ) | |
| V. ) | No. 15-2166 |
| ) | |
| JOSH A. WAIRI, ) | |
| ) | |
| Appellant/Defendant ) | |
| ) | |

DEFENDANT'S MOTION TO EXTEND TIME TO FILE
RESPONSE AND FOR LEAVE TO FILE **UNDER SEAL**

    The defendant, through his undersigned counsel, hereby moves this Honorable Court for an order extending the time within which he is to file a response to the government's motion for summary disposition herein to October 27, 2016 or *instanter* upon receipt after mailing.

    As reason therefore, counsel states that demands of his other caseload necessitate this request for an extension. He adds that the Opposition contains material previously filed **Under Seal** as part of the Supplemental Appendix and that the Opposition along with a Motion to Seal has been mailed to the court this date.

    WHEREFORE, counsel respectfully requests this motion be allowed.

Respectfully submitted,

JOSH A. WAIRI,

By his attorney,

/s/Raymond E. Gillespie
Raymond E. Gillespie, Esquire
Circuit No. 12040

875 Massachusetts Avenue Suite 32  
Cambridge, MA  02139  
(617) 661-3222  
rgillespie1@prodigy.net

Certificate of Service

    I hereby certify that a copy of this document will be electronically served on all parties registered to receive notice through the Electronic Case Management system in this matter as of October 26, 2016 and in particular on Randall E. Kromm, Esquire, Assistant United States Attorney, John Joseph Moakley U.S. Courthouse, One Courthouse Way, Room 9200, Boston, MA 02210 on the date indicated below:

Dated:  October 26, 2016

                                                    /s/Raymond E. Gillespie  
                                                    Raymond E. Gillespie

extend102016