# United States Court of Appeals
## For the First Circuit

No. 15-2166

UNITED STATES,

Appellee,

v.

JOSH A. WAIRI,

Defendant - Appellant.

**ORDER OF COURT**

Entered: October 26, 2016
Pursuant to 1st Cir. R. 27.0(d)

      Upon consideration of motions, it is ordered that the time for appellant Josh A. Wairi to file a response to the government's motion for summary disposition be enlarged to and including **October 27, 2016**.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Dina Michael Chaitowitz
Christopher Richard Donato
Raymond Elwood Gillespie
Randall Ernest Kromm
Seth B. Orkand
Suzanne Maureen Sullivan Jacobus