UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

2016 OCT 27 P 1: 29

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Appellee, | ) | |
| V. | ) | No. 15-2166 |
| JOSH A. WAIRI, | ) | |
| Appellant/Defendant | ) | |

### DEFENDANT'S MOTION TO
### FILE **UNDER SEAL**

The defendant, through his undersigned counsel, hereby moves this Honorable Court for an order permitting the filing of his Opposition to the Government's Motion for Summary Judgment, attached herewith, **UNDER SEAL.**

As reason therefore, counsel states that the opposition contains significant sensitive content from the Supplemental Record Appendix previously filed as a **sealed** document herein.

WHEREFORE, counsel respectfully requests this motion be allowed.

Respectfully submitted,

JOSH A. WAIRI,

By his attorney,

/s/Raymond E. Gillespie
Raymond E. Gillespie, Esquire
Circuit No. 12040
875 Massachusetts Avenue Suite 32
Cambridge, MA  02139
(617) 661-3222
rgillespie1@prodigy.net

Certificate of Service

I hereby certify that a copy of this document was mailed to Randall E. Kromm, Esquire, Assistant United States Attorney, John Joseph Moakley U.S. Courthouse, One Courthouse Way, Room 9200, Boston, MA 02210 on the date indicated below:

Dated: October 26, 2016

/s/Raymond E. Gillespie
Raymond E. Gillespie

seal02616